IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CEOPHIA S. PERKINS,

     Appellant,

v.

JACKSONVILLE HOUSING
AUTHORITY,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3867

Opinion filed December 21, 2016.

An appeal from an order of the Circuit Court for Duval County.
Karen K. Cole, Judge.

Ceophia S. Perkins, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.